UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE, ) <br> COMPANY OF PITTSBURGH, PA, ) <br> ) <br>       Plaintiff ) <br> ) <br> v. ) <br> ) <br> BRANT MAUNE ) <br> ) <br>       Defendant ) | No. 4:05 CV 2021 JCH |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 10th day of March, 2006.

                         /s/ Jean C. Hamilton
                         UNITED STATES DISTRICT JUDGE